# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA GONZALEZ, an individual, ) | **Case No.: 5:20-cv-02619-JAK-KK** |
| ) | |
| Plaintiff, ) | **ORDER RE JOINT STIPULATION** |
| ) | **TO VOLUNTARILY REMAND** |
| vs. ) | **CASE BACK TO STATE COURT** |
| ) | **(DKT. 13)** |
| ) | |
| RELISH LABS, LLC, a corporation; ) | **JS-6** |
| HOME CHEF, a corporation; ANNE ) | |
| SWENSON, an individual; JESSICA ) | |
| GARCIA, an individual; MARIA ) | |
| GALLARDO, an individual; and DOES ) | |
| 1 through 20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Based on a review of the Joint Stipulation to Voluntarily Remand Case Back to State Court (the "Stipulation" (Dkt. 13)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this action

is remanded to the San Bernardino County Superior Court, case number CIV DS 20161747.

**IT IS SO ORDERED.**

Dated: January 25, 2021

_____
John A. Kronstadt
United States District Judge